NORTH CAROLINA                          IN THE GENERAL COURT OF JUSTICE
BLADEN COUNTY                           DISTRICT COURT DIVISION
                                        09 CVD 346

RICHARD EDWARDS,            )
Plaintiff.                  )
                            )
vs.                         )           NOTICE OF REMOVAL TO THE FEDERAL
                            )           DISTRICT COURT FOR THE EASTERN
CAVALRY PORTFOLIO           )           DISTRICT OF NORTH CAROLINA
SERVICES, LLC and           )           SOUTHERN DIVISION
RECEIVABLES PERFORMANCE     )
MANAGEMENT LLC,             )
Defendants.                 )

COMES NOW THE DEFENDANT, Cavalry Portfolio Services, LLC, by and through the undersigned counsel, and gives notice of removal to the Federal District Court for the Eastern District of North Carolina, Southern Division.

This the 13 day of May, 2009.

Eric A. Halus
Attorney for Defendant
PO Box 537
Clemmons NC 27012
336-602-2303
NC Bar No. 29248

| | |
|---|---|
| NORTH CAROLINA<br>BLADEN COUNTY | IN THE GENERAL COURT OF JUSTICE<br>DISTRICT COURT DIVISION<br>09 CVD 346 |

RICHARD EDWARDS,  )
Plaintiff.  )
  )
vs.  )
  )  CERTIFICATE OF SERVICE
CAVALRY PORTFOLIO  )
SERVICES, LLC and  )
RECEIVABLES PERFORMANCE  )
MANAGEMENT LLC,  )
Defendants.  )

I hereby certify that I served a copy of the foregoing Notice of Removal on all parties required to be served by this date, mailing same enclosed in a first-class, postage paid, properly addressed envelope, in an official depository under the exclusive care and custody of the United States Postal Service, or hand-delivered same, to the parties whose name and last address known to me are as follows:

Christopher W. Lilvingston
2154 Dowd Dairy Road
White Oak, NC 28399

This the 14th day of May 2009.

Eric A. Halus
Attorney for Plaintiff
State Bar Number 29248