IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 7:09-cv-83-BO

| | | |
|---|---|---|
| RICHARD EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC and RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | ) ) ) ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Now come the parties through counsel pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and stipulate to the dismissal of this action, each to bear his, her, or its own costs and fees.

Respectfully submitted this 22 October 2009.

| | |
|---|---|
| /s/ Christopher W. Livingston | /s/ Eric A. Halus |
| Christopher W. Livingston | Eric A. Halus |
| NC State Bar No. 27282 | NC State Bar No. 29248 |
| 2154 Dowd Dairy Road | Law Office of Eric A. Halus, PLLC |
| White Oak NC 28399 | PO Box 537 |
| Land line and fax 910 866 4948 | Clemmons NC 27012-0537 |
| Cell 910 876 7001 | Phone 336 602 2303 |
| chrisatty@hotmail.com | Fax 866 798 4474 |
| Counsel for Plaintiff | Counsel for Cavalry Portfolio Svcs |
| | haluslaw@triad.rr.com |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **22 October 2009** I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to:

Eric A. Halus
Law Office of Eric A. Halus, PLLC
PO Box 537
Clemmons NC 27012-0537.
haluslaw@triad.rr.com

      Submitted this **22 October 2009** by:

      /s/ Christopher W. Livingston
      Christopher W. Livingston
      NC State Bar No. 27282
      2154 Dowd Dairy Road
      White Oak NC 28399
      Land line and fax 910 866 4948
      Cell 910 876 7001
      chrisatty@hotmail.com
      Counsel for Plaintiff