UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-cv-83-D

| | | |
|---|---|---|
| Edwards, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Cavalry Portfolio Services, LLC, | ) | |
|     Defendant. | ) | |

**Decision by Court.** This action came before the Honorable James C. Dever III, United States District Judge, in consideration of a joint stipulation of dismissal.

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed.

**This Judgment Filed and Entered on October 23, 2009, and Copies:**

Christopher W. Livingston (via CM/ECF Notice of Electronic Filing)

Eric Alexander Halus (via CM/ECF Notice of Electronic Filing)

October 23, 2009                                /s/ Dennis P. Iavarone, Clerk of Court